**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00628-BNB

MICHAEL L. THOMPSON,

    Applicant,

v.

DIVISION OF ADULT PAROLE HEAD STEVE HAGER,
WALT PESTERFIELD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The Motion for Depositions (ECF No. 21) and the Motion for Disclosure and Discovery (ECF No. 22) that Applicant filed on April 29, 2014, are DENIED as premature.  The clerk of the Court is directed to remail to Applicant, together with a copy of this minute order, the orders mailed to Applicant and returned to the Court as undeliverable – ECF No. 9 (Order to File Preliminary Response) and ECF No. 13 (Minute Order).

    The only document Applicant may submit to the Court is a reply within twenty-one days of the preliminary response to be filed by Respondents.  The Court will not address any more filings from Applicant other than a reply, if he chooses to file one.

Dated:  April 30, 2014