IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00628-BNB

MICHAEL L. THOMPSON,

    Applicant,

v.

DIVISION OF ADULT PAROLE HEAD STEVE HAGER,
WALT PESTERFIELD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR STATE COURT RECORD

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record in *Thompson v. People*, Crowley County District Court Case No. 11cv64; *Thompson v. Gallardo*, Denver District Court Case No. 12cv136; and *Thompson v. Colo. Parole Board*, Denver District Court Case No. 14cv58, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that Respondents shall notify the Court if the complete record of Applicant's underlying criminal convictions in Crowley County and Denver

district courts are relevant to the resolution of this action.  It is

    FURTHER ORDERED that the record, if provided in electronic format, shall display transcripts for all proceedings, including hearings and days of trial, by separate date and not as one continuous document.  It is

    FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1)    Crowley County District Court
110 East 6th, Room 303
Ordway, CO 81063

(2)    Denver District Court
1437 Bannock St., Room 256
Denver, CO 80202

(2)    Court Services Manager
State Court Administrator's Office
101 W. Colfax, Ste. 500
Denver, CO  80202.

    DATED June 20, 2014, at Denver, Colorado.

BY THE COURT:

 s/Lewis T. Babcock
LEWIS T. BABCOCK
United States District Judge